# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HILDA JONES**  PLAINTIFF

v.  CASE NO. 3:21-CV-00137-BSM

**AL-QUDDUS LLC**  DEFENDANT

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 13], this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE