IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HILDA JONES**                                                                 **PLAINTIFF**

v.                                  **CASE NO. 3:21-CV-00137-BSM**

**AL-QUDDUS LLC**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE